UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:22-cv-61651-AHS

GRACE FLANNERY,

    Plaintiff,

v.

SPIRIT AIRLINES, INC.,

    Defendant.
_____/

## MEDIATOR'S REPORT

**The undersigned Mediator hereby reports to the Court the disposition of the mediation held on 2/16/24 of the above captioned action:**

The mediation ended in an impasse.

Tina Scott Polsky, Esq.
North Castle Mediation
tinapolsky@nocastle.com
www.northcastlemediation.com
Office:  (561) 962-4400,  Ext. 706
Fax:  (561) 962-4401
Cell:  (561) 302-9693

                                          By:_____/tsp/_____
                                              Tina Scott Polsky, Mediator

                                          Dated:  2-16-24

Copies to:
Monique Olivier, Esq.
Miguel Morel, Esq.