UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61651-CIV-SINGHAL/VALLE

GRACE FLANNERY and
MIA CRAIN,

    Plaintiffs,

v.

SPIRIT AIRLINES, INC.,

    Defendant.
_____/

### FINAL JUDGMENT

**THIS CAUSE** is before the Court on the Stipulation for Dismissal filed by the parties. (DE [58]). The Court having considered the Stipulation and being otherwise informed, it is hereby

**ORDERED AND ADJUDGED** that Count III of this cause is **DISMISSED WITH PREJUDICE** and Final Judgment is entered on Count III in favor of Spirit Airlines, Inc. Grace Flannery shall take nothing by this action. Each party shall bear its own costs and attorneys' fees, except for any fees and costs that may be recoverable under law following any appeal and subsequent proceedings. Counts I and II having previously been dismissed, the Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of May 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF